# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Adam Chasteen,
    Plaintiff

v.                           Case No.   1:13-cv-216

LVNV Funding, LLC,
    Defendant

# ORDER

      This matter is before the Court on the Magistrate Judge's Report and Recommendation filed June 19, 2013 (Doc. 8).

      Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See <u>United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981).   As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

      Having reviewed this matter <u>de novo</u> pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

       Accordingly,  it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**.  Plaintiff's motion for default judgment is **DENIED**.

Date: July 16, 2013                      s/Sandra S. Beckwith
                                              Sandra S. Beckwith, Senior Judge
                                              United States District Court